R. Todd Neilson
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 556-0709
Facsimile: (310) 556-0766

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>NYCO FABRICS, INC.<br><br>Debtor. | Case No. 2:07-bk-11045 AA<br>Chapter 7<br><br>**NOTICE OF UNCLAIMED DIVIDENDS**<br>**3011** |

TO MICHAEL E. ROTBERG, CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please find annexed hereto Check No. 326 in the sum of $4,539.63 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: September 28, 2009

_____
R. TODD NEILSON
Chapter 7 Trustee

-1-

# ATTACHMENT NO. 2

## LISTING OF DIVIDEND PAYMENTS
(EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

CLASS OF CREDITOR BEING PAID: Bankruptcy Procedure 3011

PERCENTAGE PAID ON CLAIM: 23.1731%

AMOUNT/BALANCE TO DISTRIBUTE: $4,539.63

| CLAIM NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| 00006 | NEW YORK CUTTING & GUMMING CO. 150 WESLEY STREET SOUTH HACKENSACK, NJ 07606 ATTN: ACCOUNTS PAYABLE | $19,590.09 | $0.00 | $4,539.63 |
| | TOTALS: | $19,590.09 | $0.00 | $4,539.63 |

CASE NUMBER: 2:07-11045 AA

CASE NAME: NYCO FABRICS, INC.

* Total also includes employee taxes withheld.

| In re | CHAPTER 7 |
|---|---|
| NYCO FABRICS, INC. | CASE NO.: 2:07-11045 AA |
| Debtor(s). | |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2049 Century Park East, Suite 2300, Los Angeles, CA 90067

The foregoing document described NOTICE OF UNCLAIMED DIVIDENDS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 28, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:**
On September 28, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Honorable Alan Ahart, 255 East Temple Street, Room 1382, Los Angeles, California 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on September 28, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 29, 2009 | Victoria L. Doran | [signature] |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1

*January 2009*